IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

RICHARD DIMAGGIO,

          Plaintiff,

vs.                                CIVIL NO. 1:13-CV-330
                                          (DNH/CFH)

BARCLAYS BANK DELAWARE,

          Defendant.

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The above captioned case is hereby **DISMISSED** in its entirety **with prejudice** and without costs, upon stipulation of the parties and/or their respective counsel.

IT IS SO ORDERED.

_____
David N. Hurd
District Judge

Dated:      January 24, 2014
              Utica, New York