IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| RICHARD DIMAGGIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00330-DNH-CFH |
| BARCLAYS BANK DELAWARE, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to FRCP 41(a)(1)(A)(ii), by and between parties and/or their respective counsel, that the above-captioned action is hereby dismissed against Barclays Bank Delaware in its entirety, with prejudice and without costs to any party.

DATED:

s/ Richard L. DiMaggio
Richard L. DiMaggio, Jr., Esq.
Attorney at Law
Plaintiff
6 Berkley Road
Glenville, New York 12302
Phone: (518) 723-6772

s/ David G. Peltan
David G. Peltan, Esq.
Peltan Law, PLLC
Attorneys for Defendant
128 Church Street
East Aurora, New York 14052
Phone: (716) 655-3887

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 1/24/14
Utica, NY